VENABLE LLP
Jean-Paul P. Cart (SBN 267516)
JPCart@Venable.com
101 California Street, Suite 3800
San Francisco, CA 94111
Telephone:   415.653.3750
Facsimile:   415.653.3755

Attorneys for Defendant
The Regents of the University of California

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Weijing Tang, an individual, | Case No.  3:25-cv-04568-RFL |
| Plaintiff, | **NOTICE OF APPEARANCE OF JEAN-PAUL P. CART AS COUNSEL FOR DEFENDANT THE UNIVERSITY OF CALIFORNIA** |
| v. | |
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA; DR. ELLEN LUMPKIN, in her official capacity as head graduate advisor of the Molecular and Cell Biology department at the University of California, Berkeley; DR. MATTHEW WELCH, in his official capacity as co-chair of the Molecular and Cell Biology department at the University of California, Berkeley; DR. REBECCA HEALD, in her official capacity as co-chair of the Molecular and Cell Biology department at the University of California, Berkeley; and CARINA GALICIA, in her official capacity as director of Student Services of the Molecular and Cell Biology department at the University of California, Berkeley, | |
| Defendants. | |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

I, JEAN-PAUL P. CART, of Venable LLP, hereby enter my appearance as counsel for Defendant The Regents of the University of California. I am a member of the State Bar of California and have been admitted to the bar of the Northern District of California. My contact information is as follows:

**VENABLE LLP**
Jean-Paul P. Cart (SBN 267516)
101 California Street, Suite 3800
San Francisco, CA 94111
Email: jcart@venable.com
Telephone:  (415) 653-3750
Facsimile:  (415) 653-3755

This notice of appearance is made without in any way waiving, and instead expressly preserving, any and all immunities of Defendant The Regents of the University of California pursuant to the 11th Amendment of the United States Constitution or any applicable statute, along with any objections to venue, jurisdiction, or service. This notice is being provided in light of the Court's June 4, 2025 Order setting a June 9, 2025 conference in this matter, and Plaintiff's failure to comply with the Court's order regarding service of that order and the filing of a status update or proof of service. While Plaintiff has not served this Court's orders on Defendant, counsel for Defendant has learned of the June 9, 2025 hearing and will attend.

Dated: June 9, 2025                    VENABLE LLP

                                       By:   /s/ Jean-Paul P. Cart

                                             Jean-Paul P. Cart
                                             101 California Street, Suite 3800
                                             San Francisco, CA 94111
                                             Telephone: (415) 653-3750
                                             Facsimile: (415) 653-3755

                                             Counsel for Defendant The Regents of the
                                             University of California