The Law Offices of James L. Arrasmith
Faith Hashemi, Esq. SBN 338912
9719 Lincoln Village Dr., 506
Sacramento, CA 95827
916-704-3009


Representing: Plaintiff                                         File No.


## UNITED STATES DISTRICT COURT
Eastern District of California - District - Sacramento


| | |
|---|---|
| Weijang Tang ) | Case No. 2:25-cv-01494-JAM-CSK |
| **Plaintiff/Petitioner** ) | |
| ) | Proof of Service of: |
| vs. ) | Complaint, Civil Cover Sheet, Plaintiff's Notice of Motion and |
| ) | Emergency Motion for Temporary Restraining Order and |
| The Regents of the University of California, et al. ) | Order to Show Cause Re: Preliminary Injunction, Declaration |
| **Defendant/Respondent** ) | of Weijing Tang in Support of Plaintiff's Motion for Temporary |
| ) | Restraining Order and Order to Show Cause Re: Preliminary |
| ) | Injunction, Certification of Attorney James L. Arrasmith |
| ) | Regarding Notice of Motion for Temporary Restraining Order, |
| | Proposed Temporary Restraining Order and Order to Show |
| | Cause Re: Preliminary Injunction, Summons, Plaintiff's |
| | Response to Order to Show Cause re: Venue, Order Requiring |
| | Service of Process and Joint Status Report, Magistrate Judge |
| | Consent in Civil Cases: Know Your Rights!, Order re Filing |
| | Requirements for Cases Assigned to Judge Mendez, Notice of |
| | Availability of Voluntary Dispute Resolution |
| | |
| | Service on: |
| | The Regents of the University of California |
| | |
| | Hearing Date: |
| | |
| | Hearing Time: |
| | |
| | Div/Dept: |

## PROOF OF SERVICE

Order # 25479288

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*<br>The Law Offices of James L. Arrasmith<br>Faith Hashemi, Esq. SBN 338912<br>9719 Lincoln Village Dr., 506<br>Sacramento, CA 95827<br>TELEPHONE NO: 916-704-3009   FAX NO *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*: james@jlegal.org<br>ATTORNEY FOR *(Name)*: Plaintiff | FOR COURT USE ONLY |
|---|---|
| *Insert name of court, judicial district or branch court, if any:*<br>United States District Court<br>Eastern District of California - District - Sacramento<br>501 I Street Suite 4-200<br>Sacramento, CA  95814 | |
| PLAINTIFF / PETITIONER: Weijang Tang<br>DEFENDANT / RESPONDENT: The Regents of the University of California, et al. | CASE NUMBER:<br>2:25-cv-01494-JAM-CSK |
| **PROOF OF SERVICE** | Ref. No. or File No.:<br>13409548 (25479288) |

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
Complaint, Civil Cover Sheet, Plaintiff's Notice of Motion and Emergency Motion for Temporary Restraining Order and Order to Show Cause Re: Preliminary Injunction, Declaration of Weijing Tang in Support of Plaintiff's Motion for Temporary Restraining Order and Order to Show Cause Re: Preliminary Injunction, Certification of Attorney James L. Arrasmith Regarding Notice of Motion for Temporary Restraining Order, Proposed Temporary Restraining Order and Order to Show Cause Re: Preliminary Injunction, Summons, Plaintiff's Response to Order to Show Cause re: Venue, Order Requiring Service of Process and Joint Status Report, Magistrate Judge Consent in Civil Cases: Know Your Rights!, Order re Filing Requirements for Cases Assigned to Judge Mendez, Notice of Availability of Voluntary Dispute Resolution

2. Party Served:          The Regents of the University of California

3. Person Served:         Office of General Counsel - Charles F. Robinson

4. Left With:             Jeffrey Ellis - Person In Charge of the Office

5. Date & Time of Delivery:  June 5, 2025 at 3:54 pm PDT

6. Address, City and State:  1111 Franklin St Oakland, CA, 94607

7. Manner of Service:     **SUBSTITUTION SERVICE:** By leaving the copies with or in the presence of Jeffrey Ellis , (business) a person at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed them of the general nature of the papers. I caused the copies to be mailed (if applicable). A declaration of mailing is attached.

Fee for service: $130.00

Registered California process server.
Tim Ault
County: Alameda
Registration No.: 924

InfoTrack US, Inc. - P000634
1400 North McDowell Blvd Suite 300,
Petaluma, CA  94954
800-938-8815

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

*/s/ Tim Ault*

Date: June 9, 2025

|  | MC-031 |
|---|---|
| PLAINTIFF / PETITIONER: Weijang Tang <br> DEFENDANT / RESPONDENT: The Regents of the University of California, et al. | CASE NUMBER: <br> 2:25-cv-01494-JAM-CSK |

## DECLARATION OF DILIGENCE
(This form must be attached to another form or court paper before it can be filed in court.)

Party Served: The Regents of the University of California

1) Successful Attempt: Jun 5, 2025, 3:54 pm PDT at Business: 1111 Franklin St, Oakland, CA 94607 received by Jeffrey Ellis . Age: 35; Ethnicity: Caucasian; Gender: Male; Weight: 180; Height: 6'; Hair: Brown; Relationship: Person In Charge of the Office;

**I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

Date:   June 9, 2025

Tim Ault
_____
(TYPE OR PRINT NAME)

_____
(SIGNATURE OF DECLARANT)

☐ Attorney for   ☐ Plaintiff   ☐ Petitioner   ☐ Defendant
☐ Respondent   ☒ Other *(Specify):* Process Server

|  |  |
|---|---|
| PLAINTIFF / PETITIONER: Weijang Tang<br>DEFENDANT / RESPONDENT: The Regents of the University of California, et al. | CASE NUMBER:<br>2:25-cv-01494-JAM-CSK |

MC-031

# DECLARATION OF MAILING
(This form must be attached to another form or court paper before it can be filed in court.)

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 1400 North McDowell Blvd Suite 300, Petaluma, CA 94954.

On 6/9/2025, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCP 4(e)(2)(B) or FRCP 4(h)(1)(B) was made (if applicable), I mailed copies of the:

Complaint, Civil Cover Sheet, Plaintiff's Notice of Motion and Emergency Motion for Temporary Restraining Order and Order to Show Cause Re: Preliminary Injunction, Declaration of Weijing Tang in Support of Plaintiff's Motion for Temporary Restraining Order and Order to Show Cause Re: Preliminary Injunction, Certification of Attorney James L. Arrasmith Regarding Notice of Motion for Temporary Restraining Order, Proposed Temporary Restraining Order and Order to Show Cause Re: Preliminary Injunction, Summons, Plaintiff's Response to Order to Show Cause re: Venue, Order Requiring Service of Process and Joint Status Report, Magistrate Judge Consent in Civil Cases: Know Your Rights!, Order re Filing Requirements for Cases Assigned to Judge Mendez, Notice of Availability of Voluntary Dispute Resolution

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Petaluma, CA, addressed as follows:

The Regents of the University of California
Office of General Counsel - Charles F. Robinson - Person Authorized to Accept Service of Process
1111 Franklin St
Oakland, CA 94607.

**I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

Date: 6/9/2025

Rosa Lubin-Molina
(TYPE OR PRINT NAME)

*(signature)*
(SIGNATURE OF DECLARANT)

☐ Attorney for  ☐ Plaintiff  ☐ Petitioner  ☐ Defendant
☐ Respondent  ☒ Other *(Specify):* InfoTrack US, Inc.

Form Approved for Optional Use
Judicial Council of California
MC-031 [Rev. July 1, 2005]

**ATTACHED DECLARATION**

Page 1 of 1