| | |
|---|---|
| 1 | **VENABLE LLP** |
| 2 | Jean-Paul P. Cart (SBN 267516) |
|   | jpcart@venable.com |
| 3 | Mona Mujaddidi (SBN 346028) |
|   | mmujaddidi@venable.com |
| 4 | 101 California Street, Suite 3800 |
|   | San Francisco, CA 94111 |
| 5 | Telephone:   415.653.3750 |
|   | Facsimile:    415.653.3755 |
| 6 | |
|   | Attorneys for Defendant |
| 7 | The Regents of the University of California |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Weijing Tang, an individual, | Case No. 3:25-cv-04568-RFL |
| Plaintiff, | Hon. Rita F. Lin |
| v. | **STIPULATION TO EXTEND DEFENDANT THE REGENTS OF THE UNIVERSITY OF CALIFORNIA'S TIME TO RESPOND TO COMPLAINT** |
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA; DR. ELLEN LUMPKIN, in her official capacity as head graduate advisor of the molecular and cell biology department at the University of California, Berkeley; DR. MATTHEW WELCH, in his official capacity as co-chair of the Molecular and cell biology department at the University of California, Berkeley; DR. REBECCA HEALD, in her official capacity as co-chair of the Molecular and cell biology department at the University of California, Berkeley; and CARINA GALICIA, in her official capacity as director of Student services of the molecular and cell biology department at the University of California, Berkeley, | Trial Date:   Not Assigned |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between Plaintiff Weijing Tang ("Plaintiff") and Defendant The Regents of the University of California (the "University"), through their respective counsel of record, as follows:

WHEREAS, Plaintiff filed her complaint (the "Complaint") on May 28, 2025 (ECF No. 1);

WHEREAS, Plaintiff served a Summons and the Complaint on the University on June 5, 2025 (ECF No. 18);

WHEREAS, the University's responsive pleading is currently due no later than June 26, 2025;

WHEREAS, the University desires additional time to prepare and file a responsive pleading in order to investigate the matter, so the parties have sufficient time to meet and confer regarding the claims and potential amendment, and in order to discuss service on the individually named defendants;

WHEREAS, a thirty-day extension of time for the University to respond to the Complaint will not alter the date of any event of any deadline already fixed by Court order.

**NOW, THEREFORE**, based on the foregoing, the Parties hereby stipulate that:

The University's deadline to file a responsive pleading to the Complaint is extended from June 26, 2025, to July 28, 2025.

Respectfully submitted,

Dated: June 20, 2025                     VENABLE LLP

By: */s/ Jean-Paul P. Cart*
Jean-Paul P. Cart
Attorney for Defendant The Regents of
the University of California

Dated: June  20 , 2025                  THE LAW OFFICES OF JAMES L. ARRASMITH

By: */s/ Faith Hashemi*
Faith Hashemi
Attorney for Plaintiff Weijing Tang

**L.R. 5-4.3.4 ATTESTATION**

The undersigned attests that all other signatories listed, and on whose behalf this filing is submitted, concur in this filing's content and have authorized this filing.

Dated: June 20, 2025                    VENABLE LLP

By: */s/ Jean-Paul P. Cart*
Jean-Paul P. Cart
Attorney for Defendant The Regents of the University of California