UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WEIJING TANG,<br><br>        Plaintiff,<br><br>    v.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al.,<br><br>        Defendants. | Case No. 25-cv-04568-RFL<br><br>**ORDER TO SHOW CAUSE RE SEALING**<br><br>Re: Dkt. No. 20 |

On July 1, 2025, Defendants filed an administrative motion to consider whether another party's materials should be sealed as to Defendants Opposition to Plaintiff's request for emergency injunctive relief.  (Dkt. No. 20.)  Pursuant to Civil Local Rule 79-5(f)(3), Plaintiff was required to file within seven days of the motion's filing a statement and/or declaration as described in subdivision (c) of that same rule, setting forth why that information should remain sealed.  To date, no such statement has been filed.  Accordingly, Plaintiff is ordered to show cause, in writing, by **August 13, 2025,** why the documents should not be unsealed.  Plaintiff's response shall comply with the requirements of Civil Local Rule 79-5(c) and this Court's Civil Standing Order.  Failure to timely comply with this order may result in the unsealing of the information at issue.

      **IT IS SO ORDERED.**

Dated: July 30, 2025

                                                  RITA F. LIN<br>
                                                  United States District Judge