UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WEIJING TANG,<br><br>            Plaintiff,<br><br>      v.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al.,<br><br>            Defendants. | Case No.  25-cv-04568-RFL<br><br>**SECOND ORDER TO SHOW CAUSE RE SEALING**<br><br>Re: Dkt. No. 20 |

On July 1, 2025, Defendants filed an administrative motion to consider whether another party's materials should be sealed as to Defendants' Opposition to Plaintiff's request for emergency injunctive relief.  (Dkt. No. 20.)  Defendants asserted that Plaintiff had certain privacy rights including as provided by the Family Educational Rights and Privacy Act, but also explained their position that Plaintiff had "waived these rights by including voluminous student information in several of her filings."  (*Id.*)  The Court issued an order to show cause why the documents should not be unsealed, and instructed Plaintiff to comply with the requirements of Civil Local Rule 79-5(c).  (Dkt. No. 28.)  Plaintiff's response (Dkt Nos. 34, 35) does not meet the requirements of Rule 79-5(c) and does not address Defendants' waiver argument.  Accordingly, Plaintiff is again ordered to show cause, in writing, by **August 28, 2025,** why the documents should not be unsealed, specifically addressing the issue of waiver with respect to each of the documents at issue.  Should Plaintiff fail to provide a sufficient response, the documents will be unsealed without further notice.

1

2

**IT IS SO ORDERED.**

Dated: August 14, 2025

                                                      RITA F. LIN
                                                     United States District Judge