UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WEIJING TANG,<br><br>        Plaintiff,<br><br>    v.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al.,<br><br>        Defendants. | Case No. 25-cv-04568-RFL<br><br>**ORDER GRANTING MOTION TO WITHDRAW AND EXTENDING DEADLINES**<br><br>Re: Dkt. Nos. 20, 37, 39, 40 |

Having considered the relevant factors, and good cause being shown, the Court **GRANTS** the unopposed motion to withdraw as counsel by Alec Rose (Dkt. No. 39), subject to the conditions set forth below. *See Sinclair v. Agile Web Studios*, No. 23-CV-02690-HSG, 2024 WL 3279522, at *1 (N.D. Cal. June 17, 2024). Alec Rose is therefore relieved as counsel of record for Plaintiff Weijing Tang.

Tang is an individual and may proceed *pro se*, meaning that she may represent herself without an attorney. By **October 3, 2025**, Tang is **ORDERED** to have new counsel file a notice of appearance, or to provide a statement that she intends to proceed without an attorney. If Tang intends to retain counsel, but counsel cannot be retained by this deadline, a request for an extension of time may be filed. Any such request will not be granted absent a showing of good cause and diligence in attempting to obtain counsel.

The withdrawal is subject to the conditions imposed by Civil Local Rule 11-5(b). Papers shall continue to be served on withdrawing counsel for forwarding purposes unless and until Tang appears by other counsel or *pro se*. Withdrawing counsel must additionally notify Tang of this condition, as well as provide a copy of this Order.

1

2

Tang's motion for extension of time to respond to the administrative motion regarding sealing is **GRANTED**.  (Dkt. Nos. 20, 37, 40.)  Tang's deadline to respond is extended to **November 3, 2025**.  The hearing on Defendants' motion to dismiss (Dkt. No. 23) is reset for **November 18, 2025 at 10:00 a.m.**

**IT IS SO ORDERED.**

Dated: September 3, 2025

RITA F. LIN
United States District Judge